# NODELL, GLASS & HASKELL, L.L.P.
ATTORNEYS AT LAW
5540 CENTERVIEW DRIVE
SUITE 416
RALEIGH, NORTH CAROLINA 27606

THEODORE A. NODELL, JR.
PHILIP A. GLASS*
CRAIG S. HASKELL

*ALSO LICENSED IN FLORIDA

TELEPHONE: (919) 821-2600
FACSIMILE (919) 821-7744

August 5, 2010

John T. Orcutt
6616-203 Six Forks Road
Raleigh, NC 27615

RE: Sandra Kate Mitchell
Chapter 13 Bankruptcy Case Number: 09-81280

Dear John,

In the above captioned bankruptcy proceeding, Green Tree Servicing, LLC filed a motion to lift stay due to default in post-petition plan payments. That matter was disposed of by an Order which included certain catch-up provisions as well as the requirement of future monthly plan payments being remitted in a timely manner.

This letter is to advise you that the debtor has defaulted under the terms of the Order and pursuant to its terms, Green Tree Servicing, LLC is granted relief from the automatic stay and Co-Debtor stay. By copy of this letter to the Trustee, I am advising him of the relief from stay and requesting that disbursements on any claims are terminated.

I am writing to advise you of this development and appreciate your prior efforts in attempting to resolve the matter.

I regret that your clients were unable to comply.

Sincerely Yours,

Craig S. Haskell

cc: Green Tree Servicing, LLC
Richard M. Hutson, II